**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Northwell Health, Inc.,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>Blue Cross and Blue Shield of South Carolina,<br><br>　　　　　　　Defendant. | **Case No. 2:23-cv-00603-JS-SIL** |

### NOTICE OF DEFENDANT BLUE CROSS AND BLUE SHIELD OF SOUTH CARLOINA'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

**PLEASE TAKE NOTICE** that as soon as it may be heard, in the courtroom of the Honorable Joanna Seybert, at the United States Courthouse for the Eastern District of New York, located at 100 Federal Plaza, Central Islip, New York 11722, Defendant Blue Cross and Blue Shield of South Carolina ("BCBSSC") moves this Court for an order dismissing Plaintiff Northwell Health, Inc.'s First Amended Complaint against BCBSSC for failure to state a claim under Federal Rule of Civil Procedure Rule 12(b)(6). BCBSSC's motion is based on this Notice of Motion, BCBSSC's Memorandum in Support of its Motion to Dismiss Plaintiff's First Amended Complaint, the Declaration of Samuel Kadosh in support of BCBSSC's Motion and its annexed exhibits, any arguments of counsel, and any other such materials properly considered by the Court at any hearing on this motion.

DATED:  October 16, 2023                              Respectfully submitted,

                                                                     _/s/ Samuel Kadosh_
                                                                     Samuel Kadosh
                                                                     **REED SMITH LLP**
                                                                     599 Lexington Avenue
                                                                     New York, New York 10022
                                                                     Telephone: +1 212 521 5400
                                                                     Facsimile: +1 212 521 5450
                                                                     skadosh@reedsmith.com

                                                                     ***Attorneys for Defendant Blue Cross and Blue Shield of South Carolina***